**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-2069**

———————

MICHAEL FORREST JONES,

                Plaintiff – Appellant,

        v.

DALY SEVEN, INC.; JON M. DALY, JR.; NATIONAL LABOR
RELATIONS BOARD,

                Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  William L. Osteen,
Jr., Chief District Judge.  (1:12-cv-00510-WO-JLW)

———————

Submitted:  February 12, 2015        Decided:  February 18, 2015

———————

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael Forrest Jones, Appellant Pro Se. Dena Beth Langley,
HAGAN DAVIS MANGUM BARRETT & LANGLEY, PLLC, Greensboro, North
Carolina; Nancy Kessler Platt, Marissa Ann Wagner, NATIONAL
LABOR RELATIONS BOARD, Washington, D.C., for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Forrest Jones appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action regarding unfair labor practice charges filed with the National Labor Relations Board. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Daly Seven, Inc., No. 1:12-cv-00510-WO-JLW (M.D.N.C. Sept. 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED